# EXHIBIT C
# TO COMPLAINT

# NOTICE OF DEFICIENT PAYMENT

**COmputing TechnologieS, Inc.**
3028 Javier Road, Suite 400
Fairfax, Virginia 22031
(703) 280-8800

March 05, 2013

Walker & Co., LLP
5101 Wisconsin Avenue, NW, Fifth Floor
Washington DC 20016
Attn: Ronald P. Walker, Managing Partner

Re:     Deficient Payment Notice on $481,218.96 Promissory Note

Dear Mr. Walker:

This is a late payment notice in connection with the November 1, 2011 Promissory Note from Walker & Company, LLP ("Walker") for the benefit of *COmputing TechnologieS, Inc.* ("CoTs") (the "Note") that the payments received for each of January 2013, February 2013 and March 2013 were Ten Thousand Dollars ($10,000) (for a total of $30,000) less than required by the terms of the Note.

As the Note states, payments of principal and interest (offset against any amounts due Walker from CoTs under the Sublease Agreement of November 1, 2011) are due each month until the Note is paid in full. There is a five (5) day grace period for late payment before a 2% late charge is due. Schedule A to the Note clearly states that commencing January 1, 2013 and continuing through July 1, 2014, the monthly payments due from Walker to CoTs is $20,000 each month. Walker's payment for each of January, February and March 2013 (and following) should have increased from $4,367.67 to $14,367.67. Thus, $30,000 is currently late.

Therefore, CoTs is hereby assessing Walker a two percent (2%) late charge of $200 on each of the January 2013, February 2013, and March 2013 Note payments. Please include that amount in addition to the $14,367.67 Note payment due April 1, 2013, for a total of $ 14,967.67 due April 1, 2013. In the event Walker fails to include the late charges in its April 2013 payment, CoTs will apply the April 2013 payment received first to late charges, then to accrued interest, and the balance, if any, shall be applied to the principal of the Note, pursuant to the terms of the Note.

The Note also gives CoTs additional rights and remedies for late payments. You are hereby notified that CoTs does not and has not waived its rights and remedies under the Note, including without limitation with respect to any existing defaults under the Note or defaults under the Note which may arise. CoTs' past or future failure to exercise available rights and remedies is not intended to (i) operate as a waiver of its rights and remedies, or (ii) indicate any agreement on CoTs' part to forbear from exercising its rights and remedies. Further, any single or partial exercise by CoTs of any of its rights and remedies shall not preclude any other or further exercise of any available rights or remedies. CoTs hereby specifically reserves such rights and remedies, and any others available to CoTs in law and/or at equity. The acceptance of any late payment under the Note does not constitute a waiver thereof. All remedies continue to be cumulative.

Sincerely,

*Manuel Sosa Jr.*

Manuel Sosa Jr.
President and Chief Executive Officer
*COmputing TechnologieS, Inc.*