# EXHIBIT D
# TO COMPLAINT

# NOTICE OF NON-RENEWAL

**COmputing TechnologieS, Inc.**
3028 Javier Road, Suite 400
Fairfax, Virginia 22031
(703) 280-8800

March 05, 2013

Walker & Co., LLP
5101 Wisconsin Avenue, NW, Fifth Floor
Washington DC 20016
Attn: Ronald P. Walker, Managing Partner

Re:   Notice of Non-Renewal Sublease Agreement

Dear Mr. Walker:

I.   Advance Notice of No Extension

By its terms, the Second Lease Year as defined in Sublease Agreement dated as of November 1, 2011, between Walker & Company, LLP ("Sublandlord") and *COmputing TechnologieS*, Inc. ("Subtenant"), is at the option of Subtenant. Exercise of that option to extend the term of the Sublease past July 31, 2013, can only occur by 90-days prior written notice from Subtenant to Sublandlord of Subtenant's desire to extend by the exercise of Subtenant's option through July 31, 2014 ("Second Lease Year").

For the avoidance of doubt, and to assist Sublandlord in its planning, Subtenant hereby notifies Sublandlord that Subtenant will not be sending notice of Subtenant's option to extend the term of the Sublease past July 31, 2013. Therefore, the Sublease will end July 31, 2013.

II.   Proposal for Accelerated Rent

Subtenant will honor its obligations pursuant to the Sublease, and will continue to pay Monthly Base Rent through July 31, 2013 in the amount of $5,632.33 (as offset by any amounts due Subtenant from Sublandlord under the Promissory Note dated November, 1, 2011 (the "Note")). However, Subtenant hereby proposes that in lieu of Subtenant's making the remaining several months' rent payments on an individual monthly basis that Subtenant make a single discounted lump sum payment of all remaining rent due (to be offset against amounts due Subtenant under the Note in April and May of 2013) and that Sublandlord take back the subleased premises as of April 1, 2013, and release Subtenant fully from the Sublease as of April 1, 2013. In such event, the parties would execute appropriate documentation to reflect this arrangement. Thereafter, payments due CoTs under the Note from Walker would continue at $20,000 monthly as set forth in the Note until paid in full.

While Section I hereof, Advance Notice of No Extension, is absolute, Section II, Proposal for Accelerated Rent, is a proposal for discussion purposes only. Subtenant will not be bound by such terms until the parties have executed mutually agreeable documentation amending the Sublease and the Note to reflect the complete terms and a complete release of and termination of Subtenant's obligation as Subtenant under the Sublease. Until such time the Subtenant will proceed as set forth in the Sublease.

Please ask your counsel to give my counsel, Dorothea Dickerman, at McGuireWoods, a call to discuss the Section II Proposal. Her telephone number is (703) 712-5387.

Sincerely,

*Manny Sosa* (signature)
Manny Sosa
President and Chief Executive Officer