# EXHIBIT E
# TO COMPLAINT

# NOTICE OF DEFAULT

EXHIBIT E

**COmputing TechnologieS, Inc.**
3028 Javier Road, Suite 400
Fairfax, Virginia 22031
(703) 280-8800



NOTICE OF DEFAULT

April 15, 2013

Walker & Co., LLP
5101 Wisconsin Avenue, NW, Fifth Floor
Washington DC 20016
Attn:  Ronald P. Walker, Managing Partner

Re:   Promissory Note in the Amount of $481,218.96 from Walker & Company, LLP for the benefit of COmputing TechnologieS, Inc.

Dear Mr. Walker:

I am writing you pursuant to the November 1, 2011 Promissory Note in the amount of Four Hundred Eighty-One Thousand Two Hundred and Eighteen and 96/100 Dollars ($481,218.96) from Walker & Company, LLP ("Walker") for the benefit of *COmputing TechnologieS, Inc.* ("CoTs") (the "Note"). On or about March 5, 2013, I wrote you that the payments received for each of January 2013, February 2013, and March 2013 were Ten Thousand Dollars ($10,000) less than required by the terms of the Note, for a total deficit of Thirty Thousand Dollars ($30,000). To date, CoTs has not received any payment from Walker for this Thirty Thousand Dollar ($30,000) deficit. In addition, Walker's payment for April 2013 was Ten Thousand Dollars ($10,000) less than required by the terms of the Note. Due to its failure to pay the full amount of the payments for January 2013, February 2013, March 2013, and April 2013 within five (5) days of when the payments were due, Walker is in default of the Note.

Therefore, pursuant to the Note, CoTs is declaring the entire unpaid balance of the Note and all accrued interest thereon to be immediately due and payable. The current unpaid balance of the loan is Three Hundred Thirty-Two Thousand and Ninety-Eight and 57/100 Dollars ($332,098.57). Thus, Three Hundred Thirty-Two Thousand and Ninety-Eight and 57/100 Dollars ($332,098.57), plus all accrued interest, is immediately due and payable. Unless the entire unpaid balance of the Note and all accrued interest thereon are paid in full within ten (10) days from the date of this letter, CoTs will pursue all available rights and remedies under the Note and available in equity or at law. Under the Note, Walker has agreed to pay all costs and expenses of collection, whether or not suit is filed, including reasonable attorneys' fees incurred by CoTs.

You are hereby notified that CoTs does not and has not waived its rights and remedies under the Note, in equity, or at law. CoTs' past or future failure to exercise available rights and remedies is not intended to (i) operate as a waiver of its rights and remedies, or (ii) indicate any agreement on CoTs' part to forbear from exercising its rights and remedies. Further, any single or partial exercise by CoTs of any of its rights and remedies shall not preclude any other or further exercise of any available rights or remedies. CoTs hereby specifically reserves such rights and remedies, and any others available to CoTs at law and/or in equity. The acceptance of any late payment under the Note, now or in the future does not constitute a waiver thereof. All remedies continue to be cumulative.

If you have any questions regarding this matter, please have your counsel call Courtney S. Schorr at (703) 712-5068.

Sincerely,

*Manny Sosa*
Manny Sosa
President and Chief Executive Officer
*COmputing TechnologieS, Inc.*

Cc:   Frederick R. Scarboro, Esq.
       Dorothea W. Dickerman, Esq.
       M. Melissa Glassman, Esq.
       Courtney S. Schorr, Esq.