**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMPUTING TECHNOLOGIES, INC.
3028 Javier Road, Suite 400
Fairfax, Virginia 22031,
       *Plaintiff*,

v.

WALKER & COMPANY L.L.P.
4200 Wisconsin Avenue, NW
Suite 300
Washington, District of Columbia 22016,
       *Defendant*.

Civil Action No. _____

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned, counsel of record for COmputing TechnologieS, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of COmputing TechnologieS, Inc. which have any outstanding securities in the hands of the public:

    None.

    These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 12, 2013                                  Respectfully submitted,


                                              /s/ Courtney S. Schorr
M. Melissa Glassman
D.C. Bar No. 417074
Courtney S. Schorr
D.C. Bar No. 488366
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Telephone:  703-712-5000
Facsimile: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: cschorr@mcguirewoods.com

*Counsel for COmputing TechnologieS, Inc.*